ACCEPTED
01-15-00055-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 4:15:55 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00055-CR

## IN THE COURT OF APPEALS FOR THE

## FIRST DISTRICT OF TEXAS

## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 4:15:55 PM
CHRISTOPHER A. PRINE
Clerk

-------------------------------------------------------------

## NO. 01CR1330

## IN THE 122ND DISTRICT COURT

## OF GALVESTON COUNTY, TEXAS

-------------------------------------------------------------

JOSE PABLO LOPEZ,                                    APPELLANT

V.

THE STATE OF TEXAS,                                  APPELLEE

-------------------------------------------------------------

## APPELLANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE BRIEF OF APPELLANT AND TO FILE BRIEF IN EXCESS OF 15,000 WORDS

-------------------------------------------------------------

**Winston E. Cochran, Jr.**
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
(713)228-0264
E-mail: winstoncochran@comcast.net
Counsel for Appellant,
Court-appointed on appeal.

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the appellant, Jose Pablo Lopez, through the undersigned court-appointed counsel, and respectfully requests that this Court grant a second extension of time for filing the appellant's brief, for thirty days, until July 29, 2015. In addition, the appellant requests leave to file a brief containing in excess of 15,000 words, which is the limit set by TEX. R. APP. PROC. 9.4(i)(2)(B). As grounds for these requests, the appellant submits the following.

1. The appellant was indicted for Capital Murder, in violation of TEX. PENAL CODE §19.03. In a long-delayed prosecution, the appellant was tried before a jury, which found him guilty of Capital Murder. Punishment was assessed at confinement for life in the Texas Department of Criminal Justice, Correctional Institutions Division. The appellant unsuccessfully sought a new trial in the district court, and he timely appealed to this Court.

2. The appellant's brief in this cause is due on June 29, 2015, pursuant to a first extension.

3. The appellant requests a second extension of time to file his brief in this cause for thirty (30) days, until July 29, 2015.

4. The reasons for the requested extension of time are as follows:

A. Since the previous extension request in this cause, the appellant's counsel has done a large amount of work on the appellant's brief, but needs additional time to

complete it. During this same period, the appellant's counsel also has been occupied with other trial and appellate matters, including the following:

(1) *State v. Royce Adams III* – seven-day trial in the 212th District Court of Galveston County;

(2) *State v. Darcie Spillers* – preparation for a trial in the 405th District Court of Galveston County which was continued at the State's request;

(3) *Pete Russell, Jr. v. William Stephens, Director, TDCJ-CID* – investigation of a possible discovery violation in a state Capital Murder prosecution resulting in assessment of the death penalty, pursuant to counsel's appointment for proceedings before the United States District Court for the Southern District of Texas under 28 U.S.C. §2254;[1] and

(4) Numerous pleas and other non-jury settings in the district and county courts of Galveston County.

B. While working on the draft of this brief, counsel realized that adequate briefing may require a brief in excess of the 15,000-word limit. Thus filing the brief becomes contingent upon a decision concerning the length of the brief.

5. Counsel believes it will be necessary to file a brief in excess of 15,000 words. This belief is based on: the length and complexity of the factual statement for the brief, the existence of a sufficiency-of-evidence issue, the existence of a novel issue concerning extradition, and the existence of four related issues attacking the automatic

---

[1] Proving the old adage "Better late than never," the investigation now going on in the *Russell* federal proceedings relates to an item of evidence which apparently escaped the attention of state habeas attorneys.

punishment of life without parole. Counsel previously has briefed those punishment-stage issues several times, either for adult defendants or juvenile defendants, and knows that full briefing of this cluster of issues can consume a large number of pages. Counsel believes a word limit of 25,000 words would be sufficient.

6. The factual matters set forth within this motion are within the personal knowledge of the undersigned attorney.

Wherefore the appellant prays that this motion be granted, that the time for filing the appellant's brief be extended until July 29, 2015, and that a brief of up to 25,000 words be permitted.

Respectfully submitted,

/s/ Winston E. Cochran, Jr.
**Winston E. Cochran, Jr.**
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
(713)228-0264
E-mail: winstoncochran@comcast.net

Counsel for Appellant,
Court-appointed on appeal.

3

## CERTIFICATE OF SERVICE

I certify that a copy of this motion is being served in person on counsel for the

State at the following address on June 29, 2015:

Galveston County District Attorney's Office
Appellate Division
Attention: Rebecca Klaren
600 59th Street
Galveston, TX 77551

/s/ Winston E. Cochran, Jr.
Counsel for Appellant